

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | CRIMINAL NO. 05- 1776 JC |
| ) | |
| **JASON KERNS,** ) | **COUNT 1:** |
| ) | 18 U.S.C. § 32(a)(1): |
| **Defendant.** ) | Destruction of Aircraft or Aircraft |
| ) | Facilities; |
| ) | 49 U.S.C. § 46501(2)(C): Special |
| ) | Aircraft Jurisdiction of the United |
| ) | States; |
| ) | |
| ) | **COUNT  2 and 3:** 18 U.S.C. § |
| ) | 32(a)(5) Destruction of Aircraft or |
| ) | Aircraft Facilities; |
| ) | |
| ) | **COUNTS 3 and 4:** 18. U.S.C. § |
| ) | 924(c)(1)(A)(iii); Use of a Firearm |
| ) | During and in Relation to a Crime of |
| ) | Violence (Discharge) |

REDACTED

**I N D I C T M E N T**

The Grand Jury charges:

**COUNT 1**

On or about August 6, 2005, within the special aircraft jurisdiction of the United

States, in Bernalillo County, in the State and District of New Mexico, the defendant,

**JASON KERNS,** did willfully damage an aircraft, Bernalillo County Sheriff's Department

Helicopter, Metro One.

In violation of 18 U.S.C. § 32(a)(1) and 49 U.S.C. § 46501 (2)(C).

## COUNT 2

On or about August 6, 2005, in Bernalillo County, in the State and District of New Mexico, the defendant, **JASON KERNS**, did willfully perform and attempt to perform an act of violence against Chris Holland, pilot of Bernalillo County Sheriff's Department Metro One Helicopter, and the act of violence, to wit: firing rifle shots at Metro One Helicopter while it was in flight and was likely to endanger the safety of Metro One Helicopter.

In violation of 18 U.S.C. §§ 32(a)(5) and(7).

## COUNT 3

On or about August 6, 2005, in Bernalillo County, in the State and District of New Mexico, the defendant, **JASON KERNS**, did willfully perform and attempt to perform an act of violence against Bernalillo County Deputy Sheriff W. Pfefferie, a spotter aboard Bernalillo County Sheriff's Department Metro One Helicopter, and the act of violence, to wit: firing rifle shots at Metro One Helicopter while it was in flight and was likely to endanger the safety of Metro One Helicopter.

In violation of 18 U.S.C. §§ 32(a)(5) and (7).

## COUNT 4

On or about August 6, 2005, in Bernalillo County, in the State and District of New Mexico, the defendant **JASON KERNS**, knowingly used and discharged a firearm, a Rifle, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: 18 U.S.C. § 32 (a)(5): Destruction of Aircraft or

Aircraft Facilities.

In violation of 18 U.S.C. §  924(c)(1)(A)(iii).

### COUNT 5

On or about August 6, 2005,  in Bernalillo County, in the State and District of

New Mexico, the defendant **JASON KERNS**, knowingly used and discharged a firearm,

a Rifle, during and in relation to a crime of violence, for which he may be prosecuted in

a court of the United States, to wit: 18 U.S.C. § 32 (a)(5): Destruction of Aircraft or

Aircraft Facilities.

In violation of 18 U.S.C. §  924(c)(1)(A)(iii).

A TRUE BILL:

_/s/_____
FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney
_____ 08/16/05  4:35pm

- 3 -