IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,  )
)
      Plaintiff,  )
)  CRIMINAL NO. CR-05-1776 LH
vs.  )
)
JASON KERNS,  )
)
      Defendant.  )

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 10 2006

MATTHEW J. DYKMAN
CLERK

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE.

The United States of America, by and through David C. Iglesias, United States Attorney for the District of New Mexico and Charles L. Barth, Assistant U.S. Attorney for said District hereby file this Motion to Dismiss Without Prejudice the indictment filed in this cause number on August 17, 2005. As grounds for this motion the government states:

1. On August 17, 2005, a five count indictment was filed in this cause number charging the defendant with violations of 18 U.S.C. §§ 32(a)(1), 32(a)(5) and (7): Destruction of Aircraft or Aircraft Facilities and 924 (c)(1)(A)(iii): Use of a friearm During and in Relation to a Crime of Violence (Discharge).

2. After reviewing all of the ballistics work conducted in this case, the government now believes that there is insufficient evidence at this time to proceed with this case.

3. Marc. M. Lowry, Attorney for Defendant Jason Kerns does not oppose this motion.



Wherefore, the United States respectfully requests that this Court grant the government's unopposed Motion to Dismiss Indictment Without Prejudice.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

*[signature]*

CHARLES L. BARTH
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that a true copy
of the foregoing pleading was hand delivered
to opposing counsel of record, Marc M. Lowry,
this 10th day of May, 2006.

*[signature]*

CHARLES L. BARTH
Assistant U.S. Attorney